UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| WILLIAM ESTES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VANDERPOOL CONSTRUCTION AND ) <br> ROOFING, INC., and BILL VANDERPOOL, ) <br> ) <br> Defendants. ) | No. 2:17-CV-58 <br> Judge Phillips |

## ORDER

This Fair Labor Standards Act ("FLSA") case is before the Court for consideration of the joint motion for approval of the settlement agreement [Doc. 11] between plaintiff and defendant Bill Vanderpool. After referral, United States Magistrate Judge Clifton L. Corker issued a thorough Report and Recommendation on July 30, 2018, in which he recommended that the settlement agreement be approved. No objections to the Report and Recommendation were filed and the time for doing so has passed. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

Having carefully reviewed the joint motion, the proposed Settlement Agreement, and Magistrate Judge Corker's Report and Recommendation, the Court concludes that the terms of the proposed agreement are fair and reasonable resolutions of a bona fide dispute over FLSA provisions. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 16] under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), which the Court adopts and incorporates into its ruling. The parties' Joint Motion for Court

Approval of Parties' Settlement of Wage Claims and Dismissal With Prejudice [Doc. 11] is **GRANTED**. All claims are **DISMISSED with prejudice**. The Clerk is **DIRECTED** to close this case.

    IT IS SO ORDERED.

                          s/ Thomas W. Phillips
                          SENIOR UNITED STATES DISTRICT JUDGE